Jules Francois Parisien, M.D., as Assignee of Bernabel, Arianny, Respondent,
against
First Acceptance Insurance Company, Inc., Appellant. 




Galvano & Xanthakis, P.C. (Steven F. Granville of counsel), for appellant.
The Rybak Firm, PLLC (Damin J. Toell and Karina Barska of counsel), for respondent.

Appeal from an order of the Civil Court of the City of New York, Kings County (Cenceria P. Edwards, J.), entered March 14, 2018. The order, insofar as appealed from, denied defendant's motion to dismiss the complaint pursuant to CPLR 3211 (a) (8), or for alternative relief.




ORDERED that the order, insofar as appealed from, is reversed, with $30 costs, and defendant's motion to dismiss the complaint pursuant to CPLR 3211 (a) (8) is granted.
Plaintiff commenced this action to recover assigned first-party no-fault benefits by mailing a copy of the summons and complaint to the out-of-state defendant insurance company pursuant to CPLR 312-a. Insofar as is relevant to this appeal, defendant moved, pre-answer, to dismiss the complaint pursuant to, among other things, CPLR 3211 (a) (8), on the ground that the Civil Court lacked personal jurisdiction over defendant. By order entered March 14, 2018, the Civil Court, among other things, denied defendant's motion. 
For the reasons stated in Domny Med. Servs., P.C., as Assignee of Garcia, Lionel v First Acceptance Ins. Co., Inc. ( Misc 3d , 2019 NY Slip Op [appeal No. 2018-1104 K C], decided herewith), the order, insofar as appealed from, is reversed and defendant's motion to dismiss the complaint pursuant to CPLR 3211 (a) (8) is granted.
PESCE, P.J., ELLIOT and SIEGAL, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: December 13, 2019